889 A.2d 1161

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Richard J. McCAGUE, Respondent.

No. 940 DISC. 3.

Supreme Court of Pennsylvania.

Dec. 1, 2005.

## ORDER

PER CURIAM.

AND NOW, this 1st day of December, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 9, 2005, it is hereby

ORDERED that RICHARD J. McCAGUE be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that the expenses incurred in the investigation and prosecution of this matter shall be paid by the Respondent.

Mr. Justice Saylor dissents in favor of a private reprimand.